TYLER M. PAETKAU, Bar No. 146305
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
email: TPaetkau@littler.com

Attorneys for Defendant
DHL EXPRESS, INC.

RECEIVED
2007 APR 27 PM 3: 21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
MAY -2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TERRENCE STRONG, et al.,

   Plaintiffs,

v.

DHL EXPRESS, INC.,

   Defendants.

Case No. 5:06-CV-06675-RMW

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO
COMPLETE EARLY MEDIATION

The parties, through their respective counsel, enter into the following stipulation:

WHEREAS, the parties encountered scheduling difficulties due in part to counsel's trial schedules;

WHEREAS, the parties had a telephonic pre-mediation conference with the Court-appointed mediator, William Abrams, on April 23, 2007;

WHEREAS, the Court set April 30, 2007 as the date for the parties to complete mediation of this action;

WHEREAS, the parties and the mediator agree that additional time is required to complete limited discovery and to engage in a meaningful mediation session; and

WHEREAS, the mediation is currently scheduled to take place on June 25, 2007.

---

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO COMPLETE EARLY
MEDIATION

(CASE NO. 5:06-CV-06675-RMW)

1   The parties respectfully request and stipulate to a continuance of the April 30, 2007 deadline
2   to complete mediation of this action. The parties anticipate completing mediation on June 25, 2007.

3   **IT IS SO STIPULATED.**

4   Date: April ___, 2007                             ROBERT DAVID BAKER
5                                                     ATTORNEY AT LAW

7   _____
8   Robert David Baker
    Attorney for Plaintiffs
9   Terrence Strong, et al.

10  Date: April 23, 2007                              LITTLER MENDELSON, P.C.

12  _____
13  Tyler M. Paetkau
    Attorneys for Defendant
14  DHL EXPRESS, INC.

16  Based on the foregoing Stipulation of the parties, and for good cause, IT IS HEREBY
17  ORDERED that the deadline for completion of mediation of this action is extended from April 30,
18  2007 to June 25, 2007. The parties are further ordered to file a post-mediation status report with the
19  Court following the completion of mediation on June 25, 2007.

20  **IT IS SO ORDERED.**

22  Date: April ___, 2007

                                                      _____
                                                      Honorable Ronald M. Whyte
24                                                    United States District Court Judge

26  Firmwide:82371296.1 625000.2393

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO COMPLETE EARLY     2.     (CASE NO. 5:06-CV-06675-RMW)
MEDIATION

The parties respectfully request and stipulate to a continuance of the April 30, 2007 deadline to complete mediation of this action. The parties anticipate completing mediation on June 25, 2007.

**IT IS SO STIPULATED.**

Date: April 27, 2007

ROBERT DAVID BAKER
ATTORNEY AT LAW

_____
Robert David Baker
Attorney for Plaintiffs
Terrence Strong, et al.

Date: April 23, 2007

LITTLER MENDELSON, P.C.

_____
Tyler M. Paetkau
Attorneys for Defendant
DHL EXPRESS, INC.

Based on the foregoing Stipulation of the parties, and for good cause, IT IS HEREBY ORDERED that the deadline for completion of mediation of this action is extended from April 30, 2007 to June 25, 2007. The parties are further ordered to file a post-mediation status report with the Court following the completion of mediation on June 25, 2007.

**IT IS SO ORDERED.**

Date: May 2, 2007

_____
Honorable Ronald M. Whyte
United States District Court Judge

Firmwide:82371296.1 625000.2393

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO COMPLETE EARLY    2.    (CASE NO. 5:06-CV-06675-RMW)
MEDIATION