TYLER M. PAETKAU, Bar No. 146305
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
email: TPaetkau@littler.com

Attorneys for Defendant
DHL EXPRESS, INC.

*E-FILED - 6/6/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRENCE STRONG, et al., | Case No. 5:06-CV-06675-RMW |
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT DHL EXPRESS, INC.** *AND ORDER* |
| v. | |
| DHL EXPRESS, INC., | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that Defendant DHL EXPRESS, INC. substitutes Tyler M. Paetkau of Littler Mendelson, P.C. as its counsel and attorneys of record in this matter.

**Former Attorney**

Defendant DHL EXPRESS, INC.:

Tyler M. Paetkau
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415.433.1940
Facsimile: 415.399.8490
email: TPaetkau@littler.com

The Law Firm of Winston & Strawn LLP is no longer its attorney in this matter.

NOTICE OF SUBSTITUTION OF COUNSEL          (CASE NO. 5:06-CV-06675-RMW)

|   |   |
|---|---|
| 1 | **New Attorney** |
| 2 | LITTLER MENDELSON, P.C.<br>TYLER M. PAETKAU, Bar No. 146305 |
| 3 | 650 California Street, 22nd Floor<br>San Francisco, CA 94108 |
| 4 | Telephone: 415.433.1940<br>Facsimile: 415.399.8490 |
| 5 | Email: TPaetkau@littler.com |

### Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Date: April 18, 2007

By: Bradley Paskievitch
Senior Counsel Employment
DHL EXPRESS, INC.

Date: April 19, 2007

WINSTON & STRAWN LLP

By: Robert Spagat
Former Attorneys for DHL EXPRESS, INC.

Date: April 25, 2007

LITTLER MENDELSON, P.C.
TYLER M. PAETKAU

Tyler M. Paetkau
Attorneys for Defendant
DHL EXPRESS, INC.

**IT IS SO ORDERED.**

Date: ~~April~~ 6, 2007
June

RONALD M. WHYTE
United States District Court Judge

Client_Relations:31993.1 820000.1142

NOTICE OF SUBSTITUTION OF COUNSEL     2.     (CASE NO. C 05 2722 MHP)